

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-13-00612-CV

Sage M. **BARRERA** and Jenesey Barrera,
Appellants

v.

Dean T. **CHERER**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2013-CV-0077
Charles Ramsay, Judge Presiding

# **O R D E R**

Appellant's first motion to amend reply brief is hereby GRANTED.

It is so **ORDERED** on April 4, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court